

# NUMBER 13-22-00305-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE OSBALDO GUERRA INDIVIDUALLY AND
## D/B/A ON CALL DELIVERY SERVICES

## On Petition for Writ of Mandamus.

# ORDER

**Before Chief Justice Contreras and Justices Longoria and Tijerina**
**Order Per Curiam**

On July 7, 2022, relator Osbaldo Guerra individually and d/b/a On Call Delivery Services filed a petition for writ of mandamus and an emergency motion for temporary stay. By petition for writ of mandamus, the relator asserts that the trial court's May 19, 2022 order allowing relator to conduct Rule 204 medical examinations on real parties in interest Armando Aguilar and Andres Perez Jr. constitutes an abuse of discretion because the order allows the examinations to be made by telephone and to be either

recorded or performed with a medical provider of the real parties' choosing present during the exams. *See* TEX. R. CIV. P. 204. By emergency motion for temporary stay, relator seeks to stay the underlying trial court proceedings, including approaching deadlines, pending resolution of this original proceeding.

The Court, having examined and fully considered the relator's emergency motion for temporary stay, is of the opinion that it should be granted. Accordingly, we grant the emergency motion for temporary stay, and we order the trial court proceedings and outstanding deadlines, specifically including expert designation deadlines, to be stayed pending further order of this Court, or until this case is finally decided. *See* TEX. R. APP. P. 52.10(b).

The Court requests that the real parties in interest, Aguilar and Perez, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
8th day of July, 2022.

2